IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: the ESTATE OF ROBERT JOSEPH BREEDING, Deceased, LESLIE BREEDING. Natural and Biological mother of Decedent.<br><br>Plaintiff,<br><br>vs.<br><br>ST.CHARLES COUNTY, MISSOURI, et. al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No: 4:15-cv-00539<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL OF DEFENDANTS WITH PREJUDICE

COMES NOW Plaintiff, Estate of Robert Joseph Breeding, by and through counsel, and Defendants, St. Charles County, Missouri, Larry Crawford, and Debbie Echeles ("Defendants"), by and through counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A), hereby stipulate and agree that the above-captioned action against the all Defendants is dismissed with prejudice with Plaintiff to be responsible for and pay its own attorney fees and costs and Defendants to be responsible for and pay its own attorney fees and costs in this case.

Respectfully submitted,

THE SCHLUETER LAW FIRM, PC


/s/ Michael J Schlueter
Michael J Schlueter, #49373MO
1108 Olive Street – 4th Floor
St. Louis, MO 63101
314-227-2425
314-677-3350 (fax)
mike@schlueterlaw.com

AND

ST. CHARLES COUNTY COUNSELOR

<u>/s/Drew A. Heffner</u>
Drew A. Heffner, E.D. #54873MO
Associate County Counselor
100 North Third Street
St. Charles, Missouri  63301
Telephone:     636/949-7540
Facsimile:      636/949-7541
Email:  dheffner@sccmo.org